No. 208. WILLIAMS *v.* UNION CENTRAL LIFE INS. Co. October 9, 1933. Petition for writ of certiorari to the

**614**

Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Charles O. Harris* for petitioner. *Messrs. Eugene P. Locke* and *Stanley K. Henshaw* for respondent. ▆